IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN LOOMIS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 06 CV 4900 |
| ) | |
| v. ) | Hon. John W. Darrah |
| ) | |
| EXELON CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants Exelon Corporation; William Bergman, in his capacity as Exelon Corporation's Director of Employee Benefit Plans and Programs; Compensation Committee of Exelon Corporation's Board of Directors; M. Walter D'Alessio, Rosemarie B. Greco, Ronald Rubin and Richard L. Thomas, all in their capacities as members of the Compensation Committee; Employee Savings Plan Investment Committee; Risk Oversight Committee of the Exelon Corporation Board of Directors; and Sue Ling Gin, Judge Nelson A. Diaz, Edgar D. Jannotta, William C. Richardson, Ph.D., John W. Rogers, Jr. and Ronald Rubin, all in their capacities as members of the Risk Oversight Committee (collectively, "Defendants") hereby move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiffs' claim for certain investment losses. In support of their motion, Defendants incorporate by reference their memorandum in support of this motion.

WHEREFORE, Defendants respectfully request that Plaintiffs' claim for recovery of certain investment losses be dismissed and that Defendants be awarded any other appropriate relief.

    Respectfully submitted,

EXELON CORPORATION; WILLIAM BERGMAN, in his capacity as Exelon Corporation's Director of Employee Benefit Plans and Programs; COMPENSATION COMMITTEE OF EXELON CORPORATION'S BOARD OF DIRECTORS; M. WALTER D'ALESSIO, ROSEMARIE B. GRECO, RONALD RUBIN and RICHARD L. THOMAS, all in their capacities as members of the Compensation Committee; EMPLOYEE SAVINGS PLAN INVESTMENT COMMITTEE; RISK OVERSIGHT COMMITTEE OF THE EXELON CORPORATION BOARD OF DIRECTORS; and SUE LING GIN, JUDGE NELSON A. DIAZ, EDGAR D. JANNOTTA, WILLIAM C. RICHARDSON, Ph.D., JOHN W. ROGERS, JR. and RONALD RUBIN, all in their capacities as members of the Risk Oversight Committee

By: /s/ Eric S. Mattson
     One of their attorneys

Anne E. Rea
Mark B. Blocker
Eric S. Mattson
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

2

## CERTIFICATE OF SERVICE

Eric S. Mattson, an attorney, hereby certifies that on November 7, 2006, he caused a copy of the foregoing Defendants' Motion to Dismiss to be served on the following counsel via the Court's Electronic Case Filing system:

Elizabeth J. Hubertz
Schlichter, Bogard & Denton
120 W. Main Street, Suite 208
Belleville, IL 62220

/s/ Eric S. Mattson