## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**BRIAN LOOMIS,** *et al.*,
**individually and on behalf of those**
**similarly situated,**

    **Plaintiffs,**

**v**                                    **CASE NUMBER: 06 CV 4900**

**EXELON CORPORATION,** *et al.*,         **Hon. John W. Darrah**

    **Defendants.**

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their counsel of record, that plaintiff Ed Salfelder shall be dismissed without prejudice as a named plaintiff in this action.  Mr. Salfelder will remain a member of the putative class.

Dated:  February 20, 2007

SCHLICHTER, BOGARD & DENTON        SIDLEY AUSTIN LP

/s/ Elizabeth J. Hubertz               /s/ Eric S. Mattson (with consent)
Jerome J. Schlichter                   Eric S. Mattson
Elizabeth J. Hubertz                   Mark B. Blocker
Nicole H. Bolton                      Anne E. Rea
100 South Fourth Street, Suite 900     One South Dearborn
St. Louis, MO 63102                 Chicago, IL 60603
jschlichter@uselaws.com            emattson@sidley.com
ehubertz@uselaws.com              mblocker@sidley.com
nbolton@uselaws.com               area@sidley.com
Telephone:  314-621-6115          Telephone: 312-853-7000
Facsimile:  314-621-7151            Facsimile: 312-853-7036
Attorneys for Plaintiffs               Attorneys for Defendants