# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN LOOMIS, *et al.*, | ) |
| Plaintiffs, | ) No. 06 CV 4900 |
| v. | ) Hon. John W. Darrah |
| EXELON CORPORATION, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants hereby move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the amended complaint with prejudice. In support of their motion, Defendants state as follows:

1. This case was stayed pending a ruling from the Seventh Circuit on a nearly identical case raising the same novel theories as those presented here. Earlier this year, the Seventh Circuit ruled that those theories are not viable. *Hecker v. Deere & Co.*, 556 F.3d 575 (7th Cir.), *reh'g denied*, 569 F.3d 708 (7th Cir. 2009).

2. This Court subsequently lifted the stay and permitted Plaintiffs to file an amended complaint. But the amended complaint raises the same claims as the original complaint and challenges the same kind of fee arrangement that was found lawful in *Hecker*.

3. As explained in the accompanying memorandum of law, the Seventh Circuit's holding in *Hecker* requires dismissal of Plaintiffs' claims here.

WHEREFORE, Defendants request that the Court dismiss the amended complaint with prejudice and award Defendants their costs and any other appropriate relief.

        Respectfully submitted,

EXELON CORPORATION; WILLIAM BERGMAN, in his capacity as Exelon Corporation's Director of Employee Benefit Plans and Programs; COMPENSATION COMMITTEE OF EXELON CORPORATION'S BOARD OF DIRECTORS; M. WALTER D'ALESSIO, ROSEMARIE B. GRECO, RONALD RUBIN and RICHARD L. THOMAS, all in their capacities as members of the Compensation Committee; EMPLOYEE SAVINGS PLAN INVESTMENT COMMITTEE; RISK OVERSIGHT COMMITTEE OF THE EXELON CORPORATION BOARD OF DIRECTORS; and SUE LING GIN, JUDGE NELSON A. DIAZ, EDGAR D. JANNOTTA, WILLIAM C. RICHARDSON, Ph.D., JOHN W. ROGERS, JR. and RONALD RUBIN, all in their capacities as members of the Risk Oversight Committee

By: /s/ Eric S. Mattson
     One of their attorneys

Mark B. Blocker
Eric S. Mattson
Kevin M. Fee
Alison V. Potter
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (facsimile)

Robert B. Stutz
Exelon Business Services Company
10 S. Dearborn Street
Chicago, IL 60603
(312) 394-3605

## **CERTIFICATE OF SERVICE**

Eric S. Mattson, an attorney, hereby certifies that on September 11, 2009, he caused the foregoing Defendants' Motion to Dismiss the Amended Complaint to be served on the following counsel via the Court's Electronic Case Filing system:

Jerome J. Schlichter
Daniel V. Conlisk
Nelson G. Wolff
Schlichter, Bogard & Denton
100 South Fourth Street
Suite 900
St. Louis, MO 63102

/s/ Eric S. Mattson